

C. Alex Naegele (SBN 255887)
**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW**
**CORPORATION**
10080 North Wolfe Rd, Suite SW3200
Cupertino, CA, 95014
Telephone: (408) 883-8994
Facsimile: (408) 490-3033
Email: alex@canlawcorp.com

Attorney for Debtor-in-Possession
JML ENGINEERING & CONSTRUCTION, INC.

**The following constitutes the order of the Court.**
**Signed: March 9, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| In re: | Case No. 24-41729 WJL |
| JML ENGINEERING & CONSTRUCTION, INC. | Chapter 11 |
| Debtor-in-Possession. | **ORDER SETTING DEADLINE TO FILE TAX RETURNS AND MONTHLY OPERATING REPORTS** |
| | Date: February 25, 2026 |
| | Time: 10:30 a.m. |
| | Courtroom: 1300 Clay Street, Room 220 Oakland, CA, 94612 |
| | Judge: Hon. William J. Lafferty |

On February 25, 2026, the Court held a status conference in this matter. Creditor United States Of America, through its authorized agency the Internal Revenue Service appeared by counsel and stated on the record that the Debtor had not filed certain tax returns and requested payment of any administrative tax due on said tax returns. The Subchapter V Trustee also stated that the Debtor has not filed all of its monthly operating reports.

ORDER SETTING DEADLINE TO FILE TAX RETURNS AND MONTHLY OPERATING REPORTS - 1

Accordingly, the Court finds that it is appropriate to allow the Debtor some time to prepare all past due tax returns, and file all past due monthly operating reports.

Therefore, good cause appearing, the Court hereby ORDERS as follows:

1. The Debtor shall file all past due tax returns on or before April 1, 2026.

2. The Debtor shall file all past and current monthly operating reports by March 20, 2026.

3. To the extent any administrative taxes are owed, the Debtor shall pay all administrative taxes in full within the earlier of 1) three months following the filing of the tax returns, starting on the 15th of each month paid ratably; or 2) the effective date of the confirmed plan.

4. Following the running of the dates in paragraphs 1 and 2 above, any party in interest with personal knowledge can upload a declaration under penalty of perjury that the aforementioned obligations have not been met, along with a proposed order of dismissal.

5. The Court will hold a further status conference in this case on April 8, 2026 at 10:30 a.m.

***END OF ORDER***

**Court Service List**

[None]