Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, California 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Creditors Operating Engineers' Health
and Welfare Trust Fund for Northern California, et al.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>JML ENGINEERING & CONSTRUCTION, INC. | Case No. 24-41729<br><br>**NOTICE OF HEARING ON OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.'S MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM** |

TO THE DEBTOR AND ITS ATTORNEYS OF RECORD, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on January 13, 2026, Creditor Operating Engineers' Health & Welfare Trust Fund for Northern California, et. al (the "Operating Engineers") filed a Motion for Payment of Administrative Claim ("Motion").

PLEASE TAKE FURTHER NOTICE that on April 8, 2026, the Court held a status conference in this matter. Counsel for the Operating Engineers appeared and stated on the record that the Debtor JML Engineering & Construction, Inc. ("Debtor") continues to incur post-petition delinquencies for fringe benefit contributions due for the work months of June 2025 through February 2026 (as stated in their Motion), which constitute administrative expenses that remain unpaid.

Accordingly, PLEASE TAKE FURTHER NOTICE that the Operating Engineers' Motion is set

1

Case: 24-41729    Doc# 110    Filed: 04/08/26    Entered: 04/08/26 16:53:25    Page 1 of 2

for hearing as follows:

- **Date:** May 6, 2026

- **Time:** 10:30 a.m. Pacific Time

- **Courtroom:** 220

- **Judge:** The Honorable William J. Lafferty

- **Location:** US Bankruptcy Court Northern District of California, Via Zoom

- **Zoom Information:**

  https://www.zoomgov.com/j/1614905128?pwd=Wr4LUvL52XO1B8ooxWEsn7aeroBVnA.1

  Password: 12i?tfZ&m

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed and served no later than April 22, 2026, while any reply to an opposition must be filed and served no later than April 29, 2026 in accordance with the Court's direction, Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of California.

If no timely opposition is filed, the Court may grant the relief requested in the Motion without further notice or hearing. *See* B.L.R. 9014-1(b)(3).


DATED: April 8, 2026                                   SALTZMAN & JOHNSON LAW CORPORATION


By: _____ /s/
                                                       Matthew P. Minser
                                                       Luz E. Mendoza

NOTICE OF HEARING ON OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.'S MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM
Case No. 24-41729

Case: 24-41729   Doc# 110   Filed: 04/08/26   Entered: 04/08/26 16:53:25   Page 2 of 2